**Dismiss and Opinion Filed December 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01379-CV

### THE JUST FOUNDATION, INC., JONATHAN EMERSON, & EMERSON LAW FIRM, PC, Appellants

### V.

### AMEGY BANK NATIONAL ASSOCIATION, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01540-2014**

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Bridges

Appellants have moved to voluntarily withdraw their appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*, 43.2(f).

141379F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

THE JUST FOUNDATION, INC.,
JONATHAN EMERSON, & EMERSON
LAW FIRM, PC, Appellants

No. 05-14-01379-CV        V.

AMEGY BANK NATIONAL
ASSOCIATION, Appellee

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-01540-2014.
Opinion delivered by Justice Bridges.
Justices Lang-Miers and Myers
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Amegy Bank National Association recover its costs, if any, of this appeal from appellants The Just Foundation, Inc., Jonathan Emerson, and Emerson Law Firm, PC.

Judgment entered December 8, 2014.